**Leek STEVENSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56385.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 17, 1989.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant, Leek Stevenson, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings of fact of the trial court are not clearly erroneous and no error of law appears. An extended opinion would have no precedential value. 84.16(b).